UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
IKON OFFICE SOLUTIONS, INC.,
:
                Plaintiff,                                  ORDER
:
                -against-                           09 Civ. 9405 (BSJ)(KNF)
:
CANON USA, INC., ET AL.,
:
                Defendants.
------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On or before October 7, 2010, the plaintiff shall advise the Court, in writing, of the

status of this action.

Dated:  New York, New York                  SO ORDERED:
           September 30, 2010

                                                            KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE